# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KIRSTEN ECKERT-SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:21-cv-01774-CFC |
| v. | ) | |
| | ) | |
| OASIS MIDSTREAM PARTNERS LP, DANIEL BROWN, MATTHEW FITZGERALD, PHILLIP D. KRAMER, NICKOLAS J. LORENTZATOS, MICHAEL H. LOU, HARRY N. PEFANIS, TAYLOR L. REID, CRESTWOOD EQUITY PARTNERS LP, PROJECT FALCON MERGER SUB LLC, PROJECT PHANOM MERGER SUB LLC, OMP GP LLC, and CRESTWOOD EQUITY GP LLC, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: April 13, 2022

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
Herbert W. Mondros (#3308)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: gms@rl-legal.com
Email: hwm@rl-legal.com

*Attorneys for Plaintiff*